1  Ethan A. Horn        CA Bar No. 190296
   Justin R. Heim       CA Bar No. 290315
2  **NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
3  111 Corporate Drive
   Ladera Ranch, CA 92694
4  Telephone: 949-234-6032
   Facsimile: 949-429-0892
5
6  Attorneys for Plaintiff

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
*11/6/2014*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. JOHNSON, | Case No. 3:14-cv-03253-MEJ |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL AS TO DEFENDANT DUCOMMUN INCORPORATED** |
| ALLIED PACKING & SUPPLY, INC, et al., | |
| Defendants. | |

1. PLEASE TAKE NOTICE that Plaintiffs HAROLD E. JOHNSON and Defendant DUCOMMUN INCORPORATED through their respective and duly authorized counsel, hereby agree and stipulate to the dismissal, without prejudice and without fees or costs, of all claims which were asserted by Plaintiff against Defendant DUCOMMUN INCORPORATED in the above-captioned action, under the authority of Federal Rule of Civil Procedure 41(a).

DATED: November 4, 2014

NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP

By: _____
Justin R. Heim
Attorney for Plaintiff

DATED: November 4, 2014

SHARI I. WEINTRAUB, GORDON & REES LLP

By: _____
Shari I. Weintraub
Attorney for Defendant

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):   Telephone No.<br>Kenneth S. Perri (SBN: 153456)   Tel: (619) 696-6700<br>Shari I. Weintraub (SBN: 195250)   Fax: (619) 696-7124<br>GORDON & REES LLP<br>101 West Broadway, Suite 2000<br>San Diego, California 92101 | |
| SHORT CASE TITLE<br>Harold E. Johnson v. Allied Packing & Supply, Inc. | JUDGE:<br>DEPARTMENT: |
| ATTORNEYS FOR<br>DUCOMMUN INCORPORATED | Case No.<br>3:14-cv-03253-TEH |

## PROOF OF SERVICE

I, the undersigned, say: I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause. My business address is 101 West Broadway, Suite 2000, San Diego, California 92101.

On November 5, 2014, I served the following document(s):

**STIPULATION FOR DISMISSAL AS TO DEFENDANT DUCOMMUN INCORPORATED**

by placing a copy thereof in a separate envelope for each addressee named hereafter and addressed as follows:

**SEE ATTACHED SERVICE LIST**

( )   BY MAIL. I am familiar with this firm's practice of collection and processing correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business pursuant to Code of Civil Procedure §1013a.

( )   EMAIL OR ELECTRONIC TRANSMISSION. Pursuant to Code of Civil Procedure § 1010.6(6), I caused a copy of said document(s) to be electronically sent to the email addressee(s) below, based on a court order or agreement of the parties to accept service by email or electronic transmission. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

(XX)   BY ECF NOTIFICATION. I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the documents in our office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 5, 2014.

*Sheila Heard-Keeling*
Sheila Heard-Keeling

## SERVICE LIST

| **Plaintiff Harold E. Johnson represented by:**<br>Ethan A Horn<br>Jason Daniel Marks<br>Damon A. Schwartz<br>Matthew Peter Juhren<br>Napoli Bern Ripka Shkolnik, LLP<br>111 Corporate Drive, Suite 225<br>Ladera Ranch, CA 92694<br>949-234-6032<br>Fax: 949-429-0892<br>Email: ehorn@napolibern.com<br>Email: jmarks@napolibern.com<br>Email: dschwartz@napolibern.com<br>Email: mjuhren@napolibern.com | **Defendant Allied Packing & Supply, Inc. represented by:**<br>Bruce Imai<br>Stephen Earl Carlson<br>Theodore Thomas Cordery<br>Imai, Tadlock, Keeney & Cordery, LLP<br>185 Berry Street Suite 4300<br>San Francisco, CA 94107<br>415-675-7000<br>Fax: 415-675-7008<br>Email: bimai@itkc.com<br>Email: scarlson@itkc.com<br>Email: tcordery@itkc.com |
|---|---|
| **Defendant Ameron International Corporation represented by:**<br>Lori A. Cataldo<br>Foley & Mansfield PLLP<br>1333 North California Blvd Suite 690<br>Walnut Creek, CA 94596<br>(925) 930-2866<br>Fax: (925) 930-7335<br>Email: lcataldo@foleymansfield.com | **Defendant Calaveras Asbestos, LTD. represented by:**<br>Elizabeth Rebecca Bain<br>Foley and Mansfield<br>300 Lakeside Drive Suite 1900<br>Oakland, CA 94612<br>510-590-9500<br>Fax: 510-590-9595<br>Email: ebain@foleymansfield.com |
| **Defendant Certainteed Corporation represented by:**<br>Kathy Mai Huynh<br>McKenna Long Aldridge, LLP<br>101 California St., 41st Floor<br>San Francisco, CA 94111<br>(415) 267-4122<br>Fax: (415) 267-4198<br>Email: khuynh@mckennalong.com<br><br>Lisa Lurline Oberg<br>McKenna Long & Aldridge LLP<br>One Market Plaza, Spear Tower<br>24th Floor<br>San Francisco, CA 94105<br>415-267-4000<br>Fax: 415-267-4198<br>Email: loberg@mckennalong.com<br><br>Daniel B. Hoye<br>C.W. Woods & Associates, P.C.<br>301 Howard Street, 19th Floor<br>San Francisco, CA 94105 | **Defendants Formosa Plastics Corporation U.S.A. and J-M Manufacturing Company, Inc. represented by:**<br>Hillary H. Huth<br>Walsworth, Franklin, Bevins & McCall, LLP<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111-2612<br>415-781-7072<br>Fax: 415-391-6258<br>Email: hhuth@wfbm.com |

| | |
|---|---|
| (415) 972-8800<br>Email: dhoye@mckennalong.com | |
| **Defendant Harrington Industrial Plastics LLC represented by:**<br>Michael Eric Sandgren<br>Selman Breitman LLP<br>33 New Montgomery Street 6th Floor<br>San Francisco, CA 94105<br>415-979-0400<br>Fax: 415-979-2099<br>Email: msandgren@selmanbreitman.com | **Defendant Honeywell International, Inc. formerly known as Alliedsignal, Inc., formerly known as The Bendix Corporation represented by:**<br>Eric Dean Sentlinger<br>Perkins Coie LLP<br>4 Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>415-344-7072<br>Fax: 415-344-7288<br>Email: esentlinger@perkinscoie.com |
| **Defendants Ingersoll-Rand Company and Parex USA, Inc., formerly known as Parexlahabra represented by:**<br>Arpi Galfayan<br>Prindle, Amaro, Goetz, Hillyard, Barnes and Reinholtz LLP<br>310 Golden Shore, 4th Floor<br>Long Beach, CA 90802<br>562-436-3946<br>Fax: 562-495-0564<br>Email: agalfayan@prindlelaw.com | **Defendant Kubota U.S.A. Inc. represented by:**<br>Eimi Watanabe<br>Mary Ellen Gambino<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>525 Market St 17th FL<br>San Francisco, CA 94105<br>(415) 433-0990<br>Fax: (415) 434-1370<br>Email: eimi.watanabe@wilsonelser.com<br>Email: mary.gambino@wilsonelser.com |
| **Defendant Westburne Supply, Inc. represented by:**<br>Linda Sue Votaw<br>Walsworth Franklin Bevins and McCall<br>601 Montgomery St., 9th Floor<br>San Francisco, CA 94111-2612<br>415-781-7072<br>Fax: 415-391-6258<br>Email: lvotaw@wfbm.com | **Defendant Parsons Corporation represented by:**<br>Douglas Garth Wah<br>Melissa Marie Corica<br>Foley & Mansfield<br>300 Lakeside Drive, 19th Floor<br>Oakland, CA 94612<br>510-590-9500<br>Fax: 510-590-9595<br>Email: dwah@foleymansfield.com<br>Email: mcorica@foleymansfield.com |
| **Defendant Timec Company represented by:**<br>Christopher B. Bruni<br>Adams Nye Sinunu Bruni Becht LLP<br>633 Battery Street, Fifth Floor<br>San Francisco, CA 94111-1809<br>415-982-8955<br>Email: cbruni@sinunubruni.com | **Defendant Union Carbide Corporation represented by:**<br>John Rohan Brydon<br>Brian Harold Buddell<br>Warren Alan Jackson<br>Brydon Hugo & Parker<br>135 Main Street, Suite 2000<br>San Francisco, CA 94105<br>415-808-0300<br>Fax: 415-808-0333<br>Email: jbrydon@bhplaw.com<br>Email: service@bhplaw.com<br>Email: service@bhplaw.com<br>Email: mjuhren@napolibern.com |