Justin R. Heim       CA Bar No. 290315
Damon A. Schwartz   CA Bar No. 297392
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone: 949-234-6032
Facsimile: 949-429-0892

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD E. JOHNSON, | Case No. 3:14-cv-03253-TEH |
| Plaintiff, | **[PROPOSED] ORDER TO TRANSFER VENUE.** |
| vs. | |
| ALLIED PACKING & SUPPLY, INC., et al., | |
| Defendants. | |

WHEREAS the parties in the above referenced matter have stipulated and consent to a transfer of this matter to the United States District Court for the Central District of California, this Court hereby transfers this matter to the agreed upon Central District of California.

**PURSUANT TO STIPULATION, IT IS SO ORDERED** on this

_____11/24_____, 2014.

_____

Hon. _____ n

Judge Thelton E. Henderson